pIN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Augustus Intelligence Inc.,<br><br>                               Debtor. | Chapter 11<br>(Small Business Subchapter V)<br><br>Case No. 21-10744 (JTD) |
| Brian Ryniker in his capacities as Litigation Trustee of Augustus Intelligence Inc., and as Assignee of Investors Larisse SA, Valnon Holding GmbH, Jaws Equity Owner 113, LLC, Lohengrin Beteiligungsgesellschaft mbH, Manfred Swarovski Jr., KRC Beteiligungs GmbH, Spitzberg Ventures GmbH, Elisabeth Swarovski, Kirsten Hager, Lumber Lane Investments LLC, Gembec I LLC, Mark and Susan Didea, Stefan von Liechtenstein, Pacific Investments and Technologies Ltd., and Chepstow Capital GmbH,<br><br>                               Plaintiffs,<br><br>                  v.<br><br>Kevin Washington, Estate of Wolfgang Haupt, William Mason, Pascal Weinberger, William Webster, Philip Amthor, Christopher Kahn, Rubicon Investment Partners, L.P., and Rubicon Investment Partners (Cayman), Ltd. and John Does 1 through 100 inclusive,<br><br>                               Defendants. | Adv. Pro. No. 23-50370 (JTD)<br><br>Re: Adv. D.I. 1 |

**DEFENDANT KEVIN WASHINGTON'S
MOTION TO DISMISS THE TRUSTEE'S COMPLAINT**

Kevin Washington, by and through his undersigned counsel, hereby files this motion to dismiss (the "Motion to Dismiss") the complaint [Adv. D.I. 1] (the "Complaint") filed in the above-captioned adversary proceeding by Plaintiff Brian Ryniker, in his capacities as Litigation Trustee of Augustus Intelligence Inc., and as Assignee of Investors Larisse SA, Valnon Holding GmbH, Jaws Equity Owner 113, LLC, Lohengrin Beteiligungsgesellschaft mbH, Manfred Swarovski Jr.,

KRC Beteiligungs GmbH, Spitzberg Ventures GmbH, Elisabeth Swarovski, Kirsten Hager, Lumber Lane Investments LLC, Gembec I LLC, Mark and Susan Didea, Stefan von Liechtenstein, Pacific Investments and Technologies Ltd., and Chepstow Capital GmbH ("Plaintiff"). The Motion to Dismiss is filed pursuant to Rules 9(b), 12(b)(1), and 12(b)(6) of the Federal Rules of Civil Procedure, incorporated herein by Rules 7009 and 7012 of the Federal Rules of Bankruptcy Procedure,) and Rules 7007-1, 7007-2, and 7012-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules"). The grounds for this Motion to Dismiss are more fully set forth in Defendant's *Memorandum of Law in Support of Defendant Kevin Washington's Motion to Dismiss the Trustee's Complaint* (the "Memorandum"), filed contemporaneously herewith. Pursuant to Local Rule 7012-1, Defendant does not consent, and hereby objects, to the entry of final orders or judgments by the Court if it is determined that the Court cannot enter final orders or judgments consistent with Article III of the United States Constitution. Defendant anticipates seeking to withdraw the reference during the pendency of this Motion to Dismiss.

Dated: October 30, 2023

Respectfully submitted,

*/s/ Kenneth A. Listwak*
**TROUTMAN PEPPER HAMILTON SANDERS LLP**
David M. Fournier (DE No. 2812)
Kenneth A. Listwak (DE No. 6300)
1313 N. Market Street, Suite 5100
Wilmington, DE 19801
Telephone: (302) 777-6500
Email: david.fournier@troutman.com
       kenneth.listwak@troutman.com

-and-

**DANIELS & TREDENNICK PLLC**
Andrea L. Kim (admitted *pro hac vice*)
James R. Hawkins (admitted *pro hac vice*)
6363 Woodway Dr., Suite 700
Houston, TX 77057
Telephone: (713) 917-0024
Email: andrea.kim@dtlawyers.com
       jim.hawkins@dtlawyers.com

*Counsel to Kevin Washington*